IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH A. KURTZ, | ) | |
| Plaintiff, | ) | 8:19CV29 |
| v. | ) | |
| | ) | **MEMORANDUM** |
| HOTEL-HILTON-SECURITY STAFF, | ) | **AND ORDER** |
| Defendant. | ) | |

On March 5, 2019, the court ordered Plaintiff to file an amended complaint within 30 days that sets forth the basis for this court's subject-matter jurisdiction. (Filing No. 6.) The court warned Plaintiff that failure to file an amended complaint within the time specified by the court "will result in dismissal of this matter without further notice." To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

IT IS THEREFORE ORDERED that:

1. This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2. Judgment shall be entered by separate document.

DATED this 19th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge